IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TROY D. MAJOR,
    Plaintiff,

vs.                                      Case No. 3:08cv296/LAC/MD

FRANK BELL, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on July 10, 2008 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). Plaintiff was assessed an initial filing fee of $3.67 and given thirty (30) days in which to pay the fee (doc. 6). After receiving no payment or explanation from plaintiff, the court entered an order requiring plaintiff to show cause, within twenty (20) days, why this cause should not be dismissed for his failure to comply with an order of the court (doc. 7). To date, plaintiff has failed to respond.

Accordingly, it is respectfully RECOMMENDED:

That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 6th day of October, 2008.

/s/ *Miles Davis*
    MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**